IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 06-291 |
| | ) | |
| MICHAEL L. WATSON, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

AND NOW, this 2nd day of May, 2007, upon consideration of Defendant's Motion to Suppress Statements (document No. 34) filed in the above captioned matter on February 20, 2007, and upon further consideration of the Government's Response thereto,

IT IS HEREBY ORDERED that said Motion is DENIED. The Court finds that, based upon the totality of the circumstances presented at the pretrial conference held in this matter on April 2, 2007, Defendant was advised of his Miranda rights, and Defendant's waiver of these rights, and subsequent statements, were made knowingly, voluntarily, intelligently and without threat or coercion. See Schneckloth v. Bustamonte, 412 U.S. 218 (1973); see also United States v. Velasquez, 885 F.2d 1076, 1086 (3d Cir. 1989).

AND, further, upon consideration of Defendant's Motion to Suppress Tape Recorded Statements (document No. 35) filed in the above captioned matter on February 20, 2007, and upon further consideration of the Government's Response thereto,

IT IS HEREBY ORDERED that said Motion is DENIED, for the reasons set forth by the Court at the pretrial conference held on April 2, 2007, and the tape recordings shall be admissible at trial.

IT IS FURTHER ORDERED that Jury Selection and Trial in the above captioned matter will commence on Monday, May 14, 2007 at 9:30 a.m.  Attached hereto are copies of the Court's standard voir dire and instructions for trial.  Counsel for the Government and the Defendant shall submit any additional voir dire and proposed points for charge, with case authority, no later Tuesday, May 8, 2007.

                                                  s/Alan N. Bloch
                                                  United States District Judge

ecf:	Counsel of record